UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| JOHN RUSSELL FOWLER, | ) |
| Plaintiff, | ) |
| vs. | ) 1:23-CV-8 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion and Order filed this day, the Court **AFFIRMS** the decision of the Social Security Administration. Accordingly, this action is **DISMISSED**.

ENTER:

                                               *s/LeAnna R. Wilson*
                                               CLERK OF COURT